## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELVIN RANKIN** | * | |
| **Plaintiff** | * | **2:21-CV-938** |
| | * | |
| **Vs.** | * | **JUDGE: FELDMAN** |
| | * | |
| **MAINTENANCE DREDGING INC.** | * | **MAG: NORTH** |
| **Defendant** | * | |

### ORDER

Considering the foregoing Joint Motion to Dismiss:

**IT IS HEREBY ORDERED** that the claims and causes of action herein by Plaintiff

Melvin Rankin against Defendant Maintenance Dredging I, LLC be and are hereby **DISMISSED**,

without limit, said dismissal to be with prejudice and each party to bear their own costs.

New Orleans, Louisiana this __23rd__ day of _____August_____, 2021.

_____
JUDGE